**Robert L. IRELAND, Plaintiff—Appellant,**

v.

**James PEGUESE, Warden; Shavella Watkins, Sergeant; Frank Sizer, Commissioner; ARC Coordinator; Officer Walker, Defendants—Appellees.**

No. 07–6117.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 23, 2007.

Robert L. Ireland, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Ireland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ireland v. Peguese,* No. 1:05–cv–01387–WDQ (D.Md. Dec. 18, 2006). We deny Ireland's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*